96 Ill. App.2d 382 (1968)
238 N.E.2d 619
People of the State of Illinois, Plaintiff-Appellee,
v.
William Quinn, Defendant-Appellant.
Gen. No. 67-160.
Illinois Appellate Court  Second District.
June 28, 1968.
*383 Hart, Banbury, Lawrence & Gullstrand, of Aurora, for appellant.
William R. Ketcham, State's Attorney of Kane County, of Elgin, and W. Ben Morgan, of Elgin, for appellee.
(Abstract of Decision.)
Opinion by PRESIDING JUSTICE ABRAHAMSON.
Judgment affirmed.
Not to be published in full.